UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAN ANH LE § <br> § <br> V. § <br> § <br> AMERICAN FAMILY CONNECT § <br> PROPERTY AND CASUALTY § <br> INSURANCE COMPANY, ROSALINDA § <br> MARIE GARZA AND MATIAS MONTOYA § <br> GARZA § | C.A. NO. 4:23-cv-03633 <br> (JURY) |

**DEFENDANT AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY ("AFC")** files this Notice of Removal of the present action from the 55th Judicial District of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division. In connection with this Notice of Removal, AFC would respectfully show unto the Court as follows:

### I. Introduction

1. This lawsuit arises from an automobile accident that occurred on July 8, 2021, in Houston, Harris County, Texas.

2. On or about April 20, 2023, Plaintiff Van Anh Le filed her Original Petition in the 55th Judicial District Court of Harris County, Texas, in Cause No. 2023-25045, styled *Van Anh Le v. American Family Connect Property and Casualty Insurance Company, Rosalinda Marie Garza and Matias Montoya Garza*. Therein, Plaintiff seeks, in part, underinsured motorist ("UIM") benefits from her automobile carrier AFC.

3. On May 16, 2023, Plaintiff served her Original Petition on AFC.

4. On June 14, 2023, AFC filed its answer.

5. On August 28, 2023, Plaintiff's counsel notified undersigned counsel via email that Plaintiff had settled with Defendants Rosalinda Marie Garza and Matias Montoya Garza (i.e., the non-diverse Defendants). AFC is now the lone, remaining Defendant in this matter.

6. This Removal is being filed on September 27, 2023, which is within 30 days of AFC's "receipt …of a copy of an amended pleading, motion, order or other paper from which it may be ascertained that the case is one which is or has become removable," per 28 U.S.C. § 1446(b)(3). [Plaintiff first filed her lawsuit on April 20, 2023. The Removal is also within the 1-year deadline per 28 U.S.C. § 1446(c)(1).]

## II. Grounds for Removal

**A.   Complete Diversity of Citizenship Exists Between the Parties and the Amount in Controversy Exceeds $75,000**

7. Removal is proper because there is complete diversity of citizenship between the remaining Parties, and the alleged amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1).

### COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

8. Plaintiff is a resident and citizen of Texas. (PL's Pet., ¶ 4).

9. American Family Connect Property and Casualty Insurance Company is a private insurance company that is incorporated in and/or has its principal place of business in Wisconsin.

### AMOUNT IN CONTROVERSY EXCEEDS $75,000

10. In Plaintiff's Original Petition, Plaintiff seeks monetary relief of over $1,000,000. (PL's Pet., ¶ 1). The plain reading of Plaintiff's Original Petition establishes that she seeks damages in excess of the jurisdictional limits of this Court.

11. As shown, the amount in controversy therefore exceeds $75,000. *See* 28 U.S.C. §

1332(a)(1).

**B.      Venue is Proper in This Division and in This District.**

12.     Plaintiff filed this action in Harris County, Texas.  The Houston Division of the Southern District of Texas encompasses Harris County, Texas.  *See* 28 U.S.C. § 124(b)(2). Thus, this district and division embrace the place where the state court action is pending.  *Id*. at § 1441(a).

### III.  Procedural Requirements for Removal

13.     On May 16, 2023, Plaintiff served her Original Petition on AFC.

14.     On June 14, 2023, AFC filed its answer.

15.     On August 28, 2023, Plaintiff's counsel notified undersigned counsel via email that Plaintiff had settled with Defendants Rosalinda Marie Garza and Matias Montoya Garza (i.e., the non-diverse Defendants).  AFC is now the lone, remaining Defendant in this matter.

16.     This Removal is being filed on September 27, 2023, which is within 30 days of AFC's "receipt …of a copy of an amended pleading, motion, order or other paper from which it may be ascertained that the case is one which is or has become removable," per 28 U.S.C. § 1446(b)(3).  [Plaintiff first filed her lawsuit on April 20, 2023.  The Removal is also within the 1-year deadline per 28 U.S.C. § 1446(c)(1).]

17.     A copy of this Notice of Removal is being filed with the Harris County District Clerk's office and served on Plaintiff promptly. *Id.* at § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005).

18. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81 of the Southern District of Texas, this Notice of Removal is accompanied by the following documents:

> Exhibit A: A list of all counsel of record, including addresses, telephone numbers, and parties represented.
>
> Exhibit B: Index of Documents filed with Removal Action;

19. The filing fee has been paid to the Clerk.

20. The filing of this notice, along with the filing of the notice in the state court and service of the notice upon Plaintiff's counsel, serves immediately to confer exclusive jurisdiction of this cause upon this Court, and divests the state court of all jurisdiction over these proceedings and claims.

## IV. Prayer

For these reasons, AFC prays that the above-styled action now pending in the 55th Judicial District Court of Harris County, Texas, be removed to this Honorable Court pursuant to the Court's diversity jurisdiction. AFC further prays that, upon final trial, judgment be rendered so that Plaintiff takes nothing by her suit against AFC, and for such other and further relief to which AFC may be justly entitled. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law. AFC made a demand for trial jury in state court and paid the jury fee. Accordingly, AFC hereby similarly requests a jury trial in this cause of action.

Respectfully Submitted,

**GERMER PLLC**
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

By: */s/ Gregory M. Howard*
**Gregory M. Howard**
Texas Bar No. 24042989
Federal I.D. No. 619850
ghoward@germer.com

**ATTORNEY IN CHARGE FOR DEFENDANT, AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY**

OF COUNSEL:

**GERMER PLLC**
Matthew C. Sinclair
State Bar No. 24132202
Federal Bar No. 3846001
msinclair@germer.com
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on September 27, 2023.

*/s/ Gregory M. Howard*
**Gregory M. Howard**